ONEONTA LIGHT AND POWER COMPANY, Respondent, *v.* ARTHUR SCHWARZENBACH et al., Appellants.

*Oneonta Light & Power Co.* v. *Schwarzenbach,* 164 App. Div. 548, affirmed.
(Argued October 11, 1916; decided October 31, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 4, 1914, which affirmed an order of Special Term confirming the report of commissioners in condemnation proceedings. The question was as to whether the plaintiff had power to acquire the lands in question by condemnation.

*Alva Seybolt* for appellants.

*J. F. Thompson* for respondent.

Order affirmed, with costs; no opinion.
Concur: HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ. Dissenting: WILLARD BARTLETT, Ch. J., and CARDOZO, J.